UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
MAY 22 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 3:12 mj 82 |
| | ) | |
| | ) | |
| SEARCH WARRANT | ) | <u>ORDER UNSEALING SEARCH WARRANT</u> |
| | ) | <u>AFFIDAVIT AND APPLICATION</u> |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant, Affidavit and Application be unsealed,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit and Application be unsealed.

This the 22nd day of May, 2012.

_____
HON. DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE